

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY  10007 | **NOREEN STACKHOUSE**<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-9736<br>Fax: (212) 788-9776 |

January 31, 2012

**BY ECF**
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>Dmitri Nikolajev v. City of New York, et al.</u>, 11 CV 4758 (KAM) (SMG)

Your Honor:

        I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled.  Accordingly, the conference scheduled for February 3, 2012, at 11:00 a.m., is no longer necessary and the parties respectfully request that the Court adjourn the conference.  The executed STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL will be submitted to the Court shortly.

        Thank you for your consideration herein.

                                                        Respectfully submitted,

                                                        /s/

                                                    Noreen Stackhouse
                                                  Assistant Corporation Counsel
                                                  Special Federal Litigation Division

cc:    Christopher Wright, Esq. (by ECF)
        *Attorney for Plaintiff*
        Law Office of Christopher Wright
        305 Broadway, Suite 1400
        New York, New York 10007